# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW

2125 CENTER AVENUE, SUITE 100

FORT LEE, NEW JERSEY 07024

Tel: (201)292-0150

Fax: (201)292-0152

RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

_____

* ADMITTED IN NY
** ADMITTED IN NY AND NJ
*** ADMITTED IN NY AND CT
**** ADMITTED IN NY AND FLA
***** ADMITTED IN NY, NJ AND MD

MAURA E. BREEN***
SAMUEL R. BLOOM*****

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 10.23.20

October 22, 2020

**VIA ECF ELECTRONIC FILING**
Hon. Alison J. Nathan, U.S.D.J.
United States District Court, Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 906
New York, N.Y. 10007

> The initial pre-trial conference scheduled for October 30, 2020 is hereby adjourned to November 20, 2020 at 3:00 p.m. SO ORDERED.

10/23/20

_Alison J. Nathan_

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

Re:     Building Service 32BJ Health Fund, et al. v. Ubaldo C. Vargas
        Civ. Action No. 20-3631

Dear Judge Nathan:

Our firm is counsel for the Plaintiffs (the "Funds") in the above-referenced matter. Please accept this letter request to adjourn the Initial Conference with the Court presently scheduled for October 30, 2020 at 3:00 p.m. There have been no prior requests to adjourn this Conference.

This case is focused entirely on Defendant Ubaldo C. Vargas' ("Defendant") alleged noncompliance with a payroll compliance audit commenced by the Funds. Defendant is a sole proprietor operating in Massachusetts. Funds counsel spoke with Defendant last week, and subsequently Defendant spoke with the Funds Auditing Firm. See attached as "Exhibit A". Given the nature of these communications, the Funds are hopeful that this matter will settle without the need for further judicial intervention. Toward that end, the Funds ask that the Conference be adjourned thirty (30) days. Additionally, Defendant has not yet appeared in the litigation, rendering the parties presently unable to submit a letter jointly by October 23, 2020. Defendant's deadline to answer or otherwise respond to the Amended Complaint is October 30, 2020.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact the undersigned.

.

Respectfully submitted,


*/s/ Samuel R. Bloom*
Samuel R. Bloom


cc:      Ubaldo C. Vargas (via regular mail)

## Ubaldo / Universal Services Union Audit

Ubaldo Vargas <uuvas123@gmail.com>
Wed 10/21/2020 5:11 PM
**To:** smkhan@smpcpa.com <smkhan@smpcpa.com>
**Cc:** Sam Bloom <SBloom@rsgllp.com>

Hello Mr. Khan,

Attached are the paper works that you requested from me. I also put some of the older files that we have sent out before so that you can check them out. I would like to make sure that you get everything you need to complete the audit. if there is anything else you require please let me know as soon as you can.

Thank you,

Ubaldo

| **941s.zip** |
| **Employee roster.zip** |
| **payroll and w2.zip** |