# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152

RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

_____

\* ADMITTED IN NY
\*\*ADMITTED IN NY AND NJ
\*\*\*ADMITTED IN NY AND CT
\*\*\*\*ADMITTED IN NY AND FLA
\*\*\*\*\*ADMITTED IN NY, NJ AND MD

MAURA E. BREEN***
SAMUEL R. BLOOM*****



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/20

November 3, 2020

**VIA ECF ELECTRONIC FILING**
Hon. Alison J. Nathan, U.S.D.J.
United States District Court, Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 906
New York, N.Y. 10007

    **Re**: **Building Service 32BJ Health Fund, et al. v. Ubaldo C. Vargas**
         <u>Civ. Action No. 20-3631</u>

Dear Judge Nathan:

    Our firm is counsel for the Plaintiffs (the "Funds") in the above-referenced matter. The parties request that Defendant Ubaldo Vargas' deadline to answer the Complaint be extended thirty (30) days, to November 30, 2020. This deadline has not been previously extended. The parties also ask that the Initial Conference be moved to a date after November 30, 2020. This Conference was postponed once previously.

    This weekend, counsel for the Funds spoke with Defendant, a to date unrepresented sole proprietor. The parties continue to work to resolve the payroll compliance audit issue that is the subject matter of this litigation. Although Defendant has not appeared or retained counsel, he is in communications with the Funds, the Funds' Auditor, and Funds' counsel. The parties ask that the deadline be extended so that this matter may either settle in the coming weeks or allow Defendant time to appear in the litigation for resolution on the merits. Given that the Conference would necessitate participation of all parties, the Funds ask that this deadline be extended as well.

    Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact the undersigned.



11/4/20
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

The parties' joint request to extend Defendant's deadline to respond to the Complaint to November 30, 2020 is hereby granted. In light of this extension, the initial pre-trial conference scheduled for November 20, 2020 is hereby adjourned to December 11, 2020 at 3:45 p.m.
SO ORDERED.

Respectfully submitted,

*/s/ Samuel R. Bloom*
Samuel R. Bloom

cc: Ubaldo C. Vargas (via regular mail)